

# 11TH COURT OF APPEALS
## EASTLAND, TEXAS
### JUDGMENT

Seabron Jaamar Fields,                     * From the 35th District Court
                                             of Brown County,
                                             Trial Court No. CR26752

Vs. No. 11-19-00297-CR                     * September 9, 2021

The State of Texas,                        * Memorandum Opinion by Trotter, J.
                                             (Panel consists of: Bailey, C.J.,
                                             Trotter, J., and Williams, J.)

This court has inspected the record in this cause and concludes that there is no error in the judgment below. Therefore, in accordance with this court's opinion, the judgment of the trial court is in all things affirmed.